## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 13-61 |
| | ) | |
| SANTINO DREW, | ) | Judge Cathy Bissoon |
| | ) | |
| Defendant. | ) | |

## ORDER

IT IS ORDERED that Defendant's Motion to Withdraw Counsel (**Doc. 580**) is **DENIED**, without prejudice to renewal before the Court of Appeals for the Third Circuit, if and as appropriate.  See 3d Cir. L.R. 109.1 ("After the entry of an order of judgment, counsel will not be permitted to withdraw from a direct criminal appeal without specific leave of this court."); U.S. v. Powers, 1996 WL 479661, *1 (E.D. Pa. Aug. 20, 1996) (holding that under Rule 109.1, issue of post-judgment withdrawal is reserved for appellate court); cf. also U.S. v. Murray, 2012 WL 1825391, *2 n.1 (3d Cir. May 21, 2012) (holding that under Rule 109.1, counsel before district court "continued to represent [defendant even] while [defendant] filed his *pro se* notice of appeal").

IT IS FURTHER ORDERED that Defendant's Motion to Direct Clerk of Courts to File Notice of Appeal (**Doc. 579**) is **DENIED**, and Defendant's counsel is directed to file such a notice on Defendant's behalf, consistent with Defendant's requests.

IT IS SO ORDERED.


September 8, 2015                                          s\Cathy Bissoon
                                                         Cathy Bissoon
                                                         United States District Judge

cc (via ECF email notification):

All Counsel of Record